JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL WEIGHILL,<br><br>              Plaintiff,<br><br>     v.<br><br>ANDREW M. SAUL, Commissioner<br>of Social Security,<br><br>              Defendant. | Case No. 2:18-cv-09229-JVS-MAA<br><br>**JUDGMENT** |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: November 26, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE