ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Rachel Weighill

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RACHEL WEIGHILL ) | CASE NO. CV 18-09229-JVS-MAA |
| ) | |
| Plaintiff, ) | ORDER |
| ) | AWARDING ATTORNEY'S |
| v. ) | FEES AND COSTS PURSUANT |
| ) | TO THE EQUAL ACCESS TO |
| ) | JUSTICE ACT, 28 U.S.C. |
| ANDREW M. SAUL, ) | § 2412(d), AND COURT COSTS |
| COMMISSIONER OF SOCIAL ) | PURSUANT TO |
| SECURITY, ) | 28 U.S.C. § 1920 |
| ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

Justice Act in the amount of SIX-THOUSAND SIX-HUNDRED DOLLARS and

NO CENTS ($6,600.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in

the amount of FOUR-HUNDRED DOLLARS and NO CENTS, pursuant to 28

U.S.C. § 1920, subject to the terms of the Stipulation.

DATED: Jan. 22, 2020

_____
UNITED STATES MAGISTRATE JUDGE